IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01523-WYD
(Criminal Action No. 04-cr-00347-WYD-01)

UNITED STATES OF AMERICA,

v.

BRIAN F. DURST,

    Movant.

---

## ORDER DENYING MOTION

---

    This matter is before me on the motion for bail pending appeal and request for personal appearance filed *pro se* on September 25, 2006, by Movant Brian F. Durst. As Mr. Durst was informed in my September 21, 2006, order, he has appealed to the United States Court of Appeals from my order denying his 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence.  Therefore, because I no longer have jurisdiction over the instant action, *see Stewart v. Donges*, 915 F.2d 572, 575 (10th Cir. 1990), I may not rule on the motion for bail pending appeal and request for personal appearance.  The motion and request will be denied.  Accordingly, it is

    ORDERED that the motion for bail pending appeal and request for personal appearance that Movant Brian F. Durst filed *pro se* on September 25, 2006, will not be considered and, therefore, are denied.  It is

FURTHER ORDERED that the clerk of the court is directed strike any further motions Mr. Durst may file in this action while the action is on appeal.

Dated: September 26, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge