**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01523-WYD
Criminal Action No. 04-cr-00347-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN F. DURST,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Daniel, Judge

    Movant has filed a Request for Certificate of Appealability Pending Action on Motion for Reconsideration; Request for Appointment of Appellate Counsel Pending Action on Motion for Reconsideration, which is being treated as a notice of appeal, from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that the Request for Certificate of Appealability Pending Action on Motion for Reconsideration is denied. A certificate of appealability will not be issued. It is

FURTHER ORDERED that the Request for Appointment of Appellate Counsel Pending Action on Motion for Reconsideration is denied with leave to re-file in the United States Court of Appeals.

Dated: October 4, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge